IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT W. JOHNSON,

                    Plaintiff,                                  **8:23CV386**

        vs.

DONALD J. TRUMP, FACEBOOK, META,              **MEMORANDUM AND ORDER**
RUDY GIULIANI, JOHN EASTMAN, MARK
MEADOWS, KENNETH CHESEBRO,
JEFFREY CLARK, JENNA ELLIS, RAY
SMITHIII, ROBERT CHEELEY, CATHLEEN
LATHAM, SCOTT HALL, STEPHEN LEE,
HARRISON FLOYD, TREVIAN KUTTI,
SIDNEY POWELL, MISTY HAMPTON,
MICHAEL ROMAN, DAVID SHAFER,
SHAWN STILL, VLDIMIR PUTIN,
TWITTER, and META LLC,

                    Defendants.

        Plaintiff, a non-prisoner, filed a renewed Motion for Leave to Proceed in Forma
Pauperis, Filing No. 8, in which he corrects the deficiencies in his original Motion to
Proceed for Leave to Proceed in Forma Pauperis, Filing No. 2. Upon review of Plaintiff's
Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

        IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted,
and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next
step in his case will be for the Court to conduct an initial review of his claims to determine
whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will
conduct this initial review and review Plaintiff's other motions in the Court's normal course
of business.

Dated this 31st day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge